Eric D. Houser (SBN 130079)
Eileen M. Horschel (SBN 225200)
HOUSER & ALLISON, APC
3780 Kilroy Airport Way, Suite 130
Long Beach, California 90806
Telephone: (562) 256-1675
Facsimile: (562) 256-1685
ehorschel@houser-law.com

Attorneys for Defendants
Ocwen Loan Servicing, LLC (erroneously sued as Ocwen Loan Servicing) and U.S. Bank National Association AS TRUSTEE FOR Lehman XS Trust, Series 2006-GP3

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ROBERTS, CYNTHIA ROBERTS<br><br>Plaintiffs,<br><br>v.<br><br>GREEN POINT MORTGAGE FUNDING, INC., SAGE POINT LENDER SERVICES, LLC, OCWEN LOAN SERVICING, U.S. BANK N.A. AS TRUSTEE FOR THE LEHAM XS TRUST, SERIES 2006-GP3, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:14-cv-04151-BRI_MRW<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS OCWEN LOAN SERVICING, LLC AND U.S. BANK AS TRUSTEE TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO EXTENDING THE TEMPORARY RESTRAINING ORDER** |

**ORDER ON STIPULATION**

1   THIS MATTER COMES BEFORE THE COURT pursuant to the Stipulation to Extend Time for Defendants Ocwen Loan Servicing, LLC and U.S. Bank as Trustees to Respond to the Plaintiffs' Complaint and to Extending the Temporary Restraining Order (the "Stipulation").  Pursuant to the Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that the date for the date for Defendant Ocwen Loan Servicing, LLC and U.S. Bank as Trustee to respond to Plaintiffs' Complaint to July 17, 2014;

**IT IS HEREBY ORDERED** that the Temporary Restraining Order entered on May 20, 2014 shall remain into effect until July 17, 2014 and that a Preliminary Injunction Hearing is set for July 21, 2014 at 1:30 pm    The parties shall timely refile the motion papers.

**DATED: June 9, 2014**

Hon. Beverly Reid O'Connell
United States District Judge