LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 14-04151-BRO (MRWx) | Date | July 2, 2014 |
|---|---|---|---|
| Title | Gregory Roberts et al v. Green Point Mortgage Funding, Inc. et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

This action was removed from the Ventura County Superior Court on May 29, 2014, (docket no. 1). On June 6, 2014, the Court granted an Order, based upon the Stipulation of Counsel, ordering that the Temporary Restraining Order, entered on May 20 2014, shall remain in effect until July 17, 2014 and that a Preliminary Injunction hearing will be set for July 21, 2014. The Court instructed counsel to timely refile the motion papers, (docket no. 10.)

To date, the Court has yet to receive any motion papers from Plaintiff. Local 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a particular] motion."

Therefore, Plaintiff is ORDERED TO SHOW CAUSE why the Temporary Restraining Order should not be dissolved for the failure to file the Preliminary Injunction motion papers. Plaintiff must respond to this order no later than Monday, July 7, 2014 by 4:00 p.m.

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  Initials of Preparer | rf |